In the Matter of the Application of SAMUEL LESSER, Indicted as HARRY HARVEY, Petitioner, for a Peremptory Order of Mandamus against Hon. THOMAS F. CROAKE, Clinton County Judge, Plattsburg, New York, Respondent.— Petition dismissed, upon the ground that the court has no jurisdiction of the application. Petitioner's remedy, if any, is by appeal. The clerk is directed to return papers to the petitioner. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Application of Dr. CHARLES POLLACK, Petitioner, for a Certiorari Order against THE HONORABLE, THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Defendants.— Motion for stay of order of suspension, pending hearing and determination of certiorari proceeding, granted. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of GEORGE CHETNEY, Appellant, against H. A. MANNING Co., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision handed down January 22, 1936 [246 App. Div. 870], and the order entered thereon, are amended, in accordance with stipulation filed, to read as follows: "Decision reversed, with costs to the claimant against the State Industrial Board, and matter remitted to the Board with direction to reinstate award of July 31, 1931. Hill, P. J., Rhodes, McNamee and Bliss, JJ., concur; Crapser, J., dissents." Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

ERNEST J. PIRMAN and RUTH D. PIRMAN, Respondents, v. HAROLD T. CONFER and BEATRICE P. CONFER, Appellants.— Motion for reargument denied, without costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.